UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATASHA M. SHEIN,<br><br>                      Plaintiff,<br>     v.<br><br>MEALTHY INC.,<br><br>                      Defendant. | CASE NO. 3:23-cv-05352-DGE<br><br>ORDER TO SHOW CAUSE REGARDING SERVICE |

On November 27, 2023, the Court granted Plaintiff's Second Motion for Alternative Service. (Dkt. No. 13.) The Court permitted Plaintiff to effect service upon MVP Holdings, Inc. in a manner that complied with the Federal Civil Rules. (*Id.*) Plaintiff has failed to file proof that the Defendant in this action has been served as required by Rule 4 of the Federal Rules of Civil Procedure.

Therefore, it is hereby ORDERED that Plaintiff is required to either file proof of service of Defendant or show cause, if any they have, in writing, why this case should not be dismissed without prejudice for want of prosecution by **April 5, 2024.**

ORDER TO SHOW CAUSE REGARDING SERVICE - 1

1    Dated this 22nd day of March, 2024.

 

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE REGARDING SERVICE - 2